AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA, NORTHERN_____

J.B., a minor child, by and through his next friend, ADDIE WARD, on behalf of himself and all others simarly situated,

V.

WALTER WOOD, in his individual capacity

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06 cv 908

TO: (Name and address of Defendant)

Walter Wood
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mike Crow
Beasley, ALlen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                10/10/06
CLERK                                                              DATE

(By) DEPUTY CLERK