

2. Article Number
7160 3901 9841 5329 9584

3. Service Type CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:

Walter Wood
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057-0001

Domestic Return Receipt

PS FORM 3811, January 2005