**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **J.B., a minor child, by and through** | * | |
| **his next friend, ADDIE WARD, on** | * | |
| **behalf of himself and all others** | * | |
| **similarly situated;** | * | |
| | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **CASE NO:02:06cv908-MEF** |
| | * | |
| | * | |
| **WALTER WOOD, in his individual** | * | |
| **capacity,** | * | |
| | * | |
| **Defendant.** | * | |

## MOTION TO CONSOLIDATE

COMES NOW the plaintiff, by and through counsel, and files this his Motion to Consolidate and in support thereof states as follows:

1. That pending before the Honorable Myron Thompson is an action styled *J.B. v. Wood, 06cv755-MHT.*

2. The action before this Court is identical to case number *06cv755-MHT* as to claims, causes of actions and defenses, save the applicability of the Prison Litigation Reform Act. The only difference between the actions is factual detail regarding the dates of the defendant's conduct.

3. That the litigation of these actions will be identical in that the witnesses, discovery, experts, etc. will track precisely and there exists common questions of law and fact.

4. That Judge Thompson has directed the parties to file their Rule 26 report on October 25, 2006 and consolidation of this case therewith will promote judicial economy and obviate duplicitous efforts and expenses.

WHEREFORE THE PREMISES considered, movant prays this court consolidate the cases as requested herein.

Respectfully submitted on this the 20th day of October, 2006.

s/Robert D. Drummond, Jr.
Robert D. Drummond, Jr.
Attorney for the Plaintiff
ASB-4619-O78R
323 De La Mare Ave.
Fairhope, AL 36532
251-990-6249
fax:251-650-1264
robertdrummond@bellsouth.net

Certificate of Service

I hereby certify that a copy of the foregoing was served electronically on counsel for the defendant, T. Dudley Perry, P.O. Box 66, Mt. Meigs AL by filing the same electronically with the Clerk of the Court, United States District Court for the Middle District of Alabama on this the 20th day of October, 2006.

s/Robert D. Drummond, Jr.