IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:06cv755-MHT |
| J.B., a minor child, by and through his next friend, Addie Ward, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER WOOD, in his individual capacity,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:06cv908-MHT |

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by October 25, 2006, why the motion to consolidate (doc. no. 4) filed in civil action no. 2:06cv908-MHT should not be granted.

DONE, this the 24th day of October, 2006.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**