**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                TELEPHONE (334) 954-3600

March 2, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:  J.B. v. Wood**

**Case Number:  2:06-cv-00908-MHT**

**Referenced Pleading:   MOTION for Extension of Time**
**Docket Entry Number:     9**

**The referenced pleading was filed on \*\*March 2, 2007\*\* in this case and is hereby STRICKEN from the record as an erroneous docket entry.**

**This case is a member consolidated case and the court has directed pleadings only be filed in the lead case Civil Action 2:06cv755-MHT.  Counsel Crow is instructed to file this pleading correctly in the Lead Case.**