# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA,
# NORTHERN DIVISION

| | |
|---|---|
| **J.B., a minor child, by and through his** ) <br> **next friend, ADDIE WARD, on behalf of** ) <br> **himself and all other similarly situated;** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **WALTER WOOD, in his individual** ) <br> **capacity,** ) <br> ) <br> **Defendant.** ) | **Case No: 2:06-CV-755-MHT** |
| **J.B., a minor child, by and through his** ) <br> **next friend, ADDIE WARD, on behalf of** ) <br> **himself and all other similarly situated;** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **WALTER WOOD, in his individual** ) <br> **capacity,** ) <br> ) <br> **Defendant.** ) | **Case No: 2:06-CV-908-MHT** |

## EXHIBIT LIST FOR TRIAL

    **COMES NOW**, the Defendant, J. Walter Wood, Jr, through counsel, and lists the following exhibits that may be used during trial.

Exhibit 1                         J.B. Commitment documents

Exhibit 2                         J. B. Deposition

In addition, the Defendant reserves the right to offer any additional documents as evidence for purposes of impeachment and/or rebuttal.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

s/ T. Dudley Perry, Jr.
T. Dudley Perry, Jr.
Bar Number: (PER-034)
Deputy Attorney General
Attorney for Defendants
Alabama Department of Youth Services
Post Office Box 66
Mt. Meigs, Alabama 36057
Telephone: (334) 215-3803
Fax: (334) 215-3872
E-Mail: dudley.perry@dys.alabama.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August 2007, I electronically filed the foregoing **Exhibit List For Trial**, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert D Drummond
Attorney at Law
323 De LaMare
Fairhope, AL 36532

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P. C.
P. O. Box 4160
Montgomery, AL 36103-4160